**UNITED STATES of America v. Jerry B. SASS.**

No. 3774.

United States Court of Appeals
Tenth Circuit.

March 28, 1949.

Robert E. Shelton, U. S. Atty., of Oklahoma City, Okl., for appellant.

Bennett & Bennett, of Oklahoma City, Okl., for appellee.

Before PHILLIPS, Chief Judge, and HUXMAN, Circuit Judge.

PER CURIAM.

Appeal dismissed, pursuant to stipulation.

---

[1] Walker v. Johnston, 312 U.S. 275, 61 S.Ct. 574, 85 L.Ed. 830; Lyons v. State of Oklahoma, 322 U.S. 596, 64 S.Ct. 1208,

**Alice Clara HECK et al. v. J. M. ALEXANDER.**

**J. M. ALEXANDER v. Alice Clara HECK et al.**

Nos. 3838, 3839.

United States Court of Appeals
Tenth Circuit.

Feb. 2, 1949.

H. A. Kiker and Charles C. Spann, both of Santa Fe., N. M., and John B. Wright, of Raton, N. M., for Alice Clara Heck et al.

E. T. Brooks, of Abilene, Tex., for J. M. Alexander.

Before PHILLIPS, Chief Judge, and SYMES, District Judge.

PER CURIAM.

Appeal and cross-appeal dismissed, pursuant to stipulation.

**Muriel LOOFBURROW v. Eldon MILLER.**

No. 3865.

United States Court of Appeals
Tenth Circuit.

Feb. 28, 1949.

Claude L. Rice, of Kansas City, Kan., for appellant.

N. E. Snyder, James L. Hogin, and Blake A. Williamson, all of Kansas City, Kan., for appellee.

Before PHILLIPS, Chief Judge, and HUXMAN and MURRAH, Circuit Judges.

PER CURIAM.

Docketed and dismissed, on motion of appellee, for failure to prosecute.